IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. __17-CV-02650__
(To be supplied by the court)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 06 2017**

JEFFREY P. COLWELL
CLERK

_Norbert Church_ , Plaintiff,

v.

_United State District Court oversee others errors_
_Adams County Courts violation of constitutional and civil Rights_
_Adams County - asult by Public Defenders Office_
_Thornton Police Department perjury and Denial medical care + lies to parents_

_____ ,

_____ .

_____ . Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

(Rev 07/06)

## PARTIES

1. Plaintiff __Robert Church__ is a citizen of __United States__
   who presently resides at the following address:
   __11801 Washington St #108__

2. Defendant __Adam County Courts, Public Defenders Office__ is a citizen of __USA__
   who live(s) at or is/are located at the following address: __District Courts__
   __Adams County 1100 Judical Center Dr. Brighton Co 80601__

3. Defendant __Thornton Police department__ is a citizen of __USA__
   who live(s) at or is/are located at the following address: __9551 Civic Center Dr.__
   __Thornton, Co 80229   United States Courthouse__

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   __District Adams County Court 1100 Judical Center Dr. Brighton Co 80601__
   __United States Courthouse 901 19th St, Rm A105 Den Co 80294__
   __Thornton Police Department 9551 Civic Center Dr. Thornton Co 80229__

5. Briefly state the background of your case:

   Perjury, a civil Protection Order that wasn't criminal, started to go to a felony, Judge David Blacket, did violate my constitutional rights. Heald in Adam County Jail, were I wasn't alowed to make out going phone calls to my lawers. The lawer Adam Court gave to me at First assolted me in a court room, "Jenn Peory" grabe me by the arm and forst me to sit in a chair wouldn't alow me to leave. She and the DA state to the Judge he couldn't do that by law. Judge David Blacket, suspended all visits, and PHONE CALL, could make phone calls to lawers, SSDI, work comp, extra. Then they gave me a lawer, "Rachel", that wouldn't let me use my evendents in all cases, was left all day long in a holding cell at the court, because she didn't show up for court, resentoled courts. I finily just took there deal. plead Gulty to charges that were false, the felony case was sepost to be dropped, no proof of me ever assulting anyone, had to pleade cusperce to couent domenic not true what my lawer said, it was assult. Lies and discrimination violation of rights over

United States Courthouse
901 19th Street Room A105
Denver CO. 80294-3589

and

Thornton Police Dept.
9551 Civic Center Drive
Thornton CO. 80229

and

Adams County District Court
1100 Judicial Center Drive
Brighton Co. 80601

I hereby certify that a copy of the foregoing pleading/document was mailed to **SEE ABOVE** (defendant(s) or counsel for defendant(s)) at _____ (address) on **1/1**, 20**17**.

*Robert Church*
Plaintiff's Original Signature

When you have completed the complaint and all of the necessary forms as described in these instructions. the completed complaint and forms should be mailed or hand delivered to the Clerk of the United States District Court whose name and address are:

Jeffrey P. Colwell. Clerk
Alfred A. Arraj United States Courthouse
901 19th Street. Room A105
Denver. CO  80294-3589

If you have any questions or seek additional information. please contact the office of the Clerk of the Court at 303/844-3433. The court's business hours are from 8:00 a.m. to 5:00 p.m.. Monday through Friday.

(Rev 8/24/15)                                    4

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

well c/o

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

we ll do

## THIRD CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Will do

## REQUEST FOR RELIEF

Plaintiff requests the following relief: all charges dropped or far got court, and money back from bondson false charge,

Date: 10-27-2017

Robert Church
(Plaintiff's Original Signature)

11801 Washington St #H108
(Street Address)

Northglenn, Co, 80233
(City, State, ZIP)

720-435-2090
(Telephone Number)