IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02650-LTB

ROBERT CHURCH,

      Plaintiff,

v.

THORNTON POLICE DEPARTMENT,
ADAMS COUNTY COURT,
ADAMS COUNTY JUDGE DAVID BLACKETT,
ADAMS COUNTY PUBLIC DEFENDER JENNY PERRY,
ADAMS COUNTY POLICE, and
ADAMS COUNTY JAIL,

      Defendants.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on January 18, 2018, it is hereby

      ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

      DATED at Denver, Colorado, this 18 day of January, 2018.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk


                  By: s/ *A. Garcia Garcia*
                      Deputy Clerk